IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN
AND WESTERN DISTRICTS OF ARKANSAS

IN RE:   YVONNE DECAROL BROWN          CASE NO. 4:10-bk-71597
                                       Chapter 7

## MOTION TO SUBSTITUTE ATTORNEY

COMES now the Petitioner, Yvonne Decarol Brown, Debtor, by and through her attorneys, James R. Wallace & Associates, PLLC, and for their Motion to Substitute Attorney, do state:

That the Petitioner request that Matthew D. Black, PA be substituted for Sherri Lattimer, in his representation of Yvonne Decarol Brown, in the matter of Yvonne Decarol Brown currently pending in the Western District of Arkansas.

WHEREFORE, the Petitioner prays for an Order approving the Motion to Substitute Attorney.

DATED:   September 8, 2010

/s/ Sherri Latimer
SHERRI LATIMER #2008255
Attorney for the Debtor
James R. Wallace & Associates, PLLC
212 Center Street, Suite 100
Little Rock, Arkansas 72201
Tel: (501) 375-5545

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that the foregoing Motion has been mailed to:

Standing Chapter 13 Trustee
Mark T. McCarty
PO Box 5006
North Little Rock, Arkansas 72119

Preceding Attorney
Matthew D. Black
110 Woodbine Street
Hot Springs, Arkansas 71901-5123

Debtor
Yvonne Decarol Brown