# IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN AND WESTERN DISTRICTS OF ARKANSAS

IN RE:     YVONNE DECAROL BROWN     CASE NO. 4:10-bk-71597
Chapter 7

## ORDER TO SUBSTITUTE ATTORNEY

NOW before the Court is the Motion to Substitute Attorney ("the Motion"), submitted by James R. Wallace & Associates, PLLC, that Sherri Latimer be substituted as attorney of record for Yvonne Decarol Brown, in the matter of Yvonne Decarol Brown, currently pending before the Western District of Arkansas.

Upon consideration of the Motion, it is hereby **ORDERED** that the Motion is **GRANTED**. The Clerk of the Court is directed to substitute the attorney of record for Yvonne Decarol Brown as set forth in the Motion.

**IT IS SO ORDERED.**

_____
UNITED STATES BANKRUPTCY JUDGE

DATE: _____

PREPARED BY:

/s/ Sherri Latimer
Sherri Latimer

APPROVED BY:

/s/ Matthew D. Black
Matthew D. Black, P.A.