## Notice Recipients

| | | |
|---|---|---|
| District/Off: 0861−4 | User: nicolea | Date Created: 9/9/2010 |
| Case: 4:10−bk−71597 | Form ID: mddpdf | Total: 1 |

**Recipients of Notice of Electronic Filing:**
aty      Sherri Lynn Latimer      sll@wallacefirm.com

TOTAL: 1