Form mddpdf

**UNITED STATES BANKRUPTCY COURT**

Western District of Arkansas

---

In Re:     Yvonne Decarol Brown
           Debtor

Case No.: 4:10–bk–71597
Chapter: 7
Judge: James G. Mixon

---

MEMORANDUM OF DOCUMENT DEFICIENCY

TO: Sherri Latimer            Pleading Number: 16

The following deficiency was found in your recent filing. Failure to cure this deficiency could result in the dismissal of this case, the pleading being stricken, or an order to show cause hearing set.

**Incorrect PDF Document Attached:** (Example: Debtor on case does not match debtor on PDF or docket event does not match PDF) Within 48 hours of the date of this notice, please file an amended pleading, or file the appropriate pleading to withdraw the document.

However, if this pleading has simply been filed in the wrong case, please contact the Clerk's office at 501–918–5500 within 48 hours.

Orders should not be entered on the docket. They should be emailed to the appropriate judge. I've forwarded this order on to Judge Mixon. If you have any questions please give me a call.

Dated: 9/9/10

                                                                         Jean Rolfs, Clerk
                                                                         By: Nicole Atwood
                                                                         Deputy Clerk