# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0861−4 | User: nicolea | Date Created: 9/13/2010 |
| Case: 4:10−bk−71597 | Form ID: pdfwtrm | Total: 5 |

**Recipients of Notice of Electronic Filing:**
ust      U.S. Trustee (ust)      USTPRegion13.LR.ECF@usdoj.gov
tr      Renee S Williams      rswillia@cablelynx.com
aty      Sherri Lynn Latimer      sll@wallacelawfirm.com

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db      Yvonne Decarol Brown      913 N Edgewood      Hope, AR 71801
aty      Matthew Dean Black      DICKERSON LAW FIRM      P.O. Box 6400      Hot Springs, AR 71902−6400

TOTAL: 2